**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge
(Successor Judge Docket)

**Dated: December 10 2013**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | * | Case No. 13-32556 ssj |
| Barbara A. Caveslio | * | Successor Judge |
| | * | |
| Debtor(s) | * | Chapter 13 |

### STIPULATED ORDER AMENDING CHAPTER 13 PLAN

Now comes John P. Gustafson, Standing Chapter 13 Trustee, Debtor(s) and Counsel for Debtor(s) herein, who stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties. The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on 8/14/13

☑ **The Chapter 13 Plan payment originally proposed in the amount of**
$___2000.00____ per month, is hereby amended to
$___2127.00____ per month for the remaining 56 months of the 60 month plan.

☐ The Chapter 13 Plan originally providing for payments to be made for a period of ____ months is hereby amended and the plan payments shall be made for a period of ____ months.

☐ All tax returns and refunds received by Debtor(s) for tax years_____; shall be submitted to the Standing Chapter 13 Trustee during the pendency of this case by April 15th each year.

☐ The Debtor(s) agrees that no changes to the payroll withholdings will be made without the written permission of the Trustee.

☐ The Chapter 13 plan originally proposed at a percentage of _____% is hereby increased to the percentage of _____%

☐ This case shall be reviewed as tax refunds are received to determine if the return to unsecured creditors can be increased.

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

**APPROVED THIS _____6th_____ day of _____December_____, 2013.**

*/s/ ___Elizabeth A. Vaughan_____ _____*
**Staff Attorney for the**
**Standing Chapter 13 Trustee**

*/s/ __Patricia A. Kovacs_____*
**Attorney for Debtor(s)**

*/s/ __Barbara A. Caveslio_____*
**Debtor**

*/s/ _____-_____*
**Debtor**