0033-5T-EPID5T-00199636-240949

# United States Bankruptcy Court

**IN RE:**

BARBARA A. CAVESLIO
208 PEMBERVILLE RD.
WOODVILLE, OH 43469

DATE 10/31/2016    CASE No. 13-32556 MAW

SS #1  XXX-XX-9309

**NOTICE OF INTENTION TO PAY ADDITIONAL CLAIMS**

NOW comes the trustee and notifies the debtor(s) and the debtor(s) attorney of record that the following claim was filed against the estate of the debtor(s), and that such claim was not included in the previous Notice of Intention to Pay Claims:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| SHELLPOINT MORTGAGE SERVICING / P.O. BOX 10826 GREENVILLE, SC 29603-0826 | 004F-1 | Secured | 45.00 |

The trustee has examined the claim as filed and pursuant to 11 U.S.C. 502(a) the claim is deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the Chapter 13 Plan and other Court orders.

NOTICE IS HEREBY GIVEN of the intention of the Chapter 13 Trustee to pay the claim of the creditor named and in the amount set forth above pursuant to 11 U.S.C. 502(a) Rules of Bankruptcy Procedure. Unless within ten (10) days after this date an Objection to Payment of the claim along with a Request for Hearing is filed with the Court, and served on the undersigned, the claim shall be paid.

A copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this date by regular U.S. mail, postage prepaid, at their addresses as they appear in this proceeding.

DATED:    11/14/2016

PATRICIA A. KOVACS
P O BOX 257
CURTICE, OH 43412-0257

/s/Elizabeth A. Vaughan

Elizabeth A. Vaughan
501 Toledo Building
316 North Michigan Street
Toledo, OH  43604