| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1: Barbara A. Caveslio | |
| Debtor 2 : (Spouse, if filing) | |
| United States Bankruptcy Court for the Northern District of Ohio, Western Division | |
| Case number: 13-32556 maw | |

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** MTGLQ Investors, L.P.
Shellpoint Mortgage Servicing

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 1188

**Property address:** 208 Pemberville Rd., Woodville, OH 43469
Number/ Street / City / State / Zip

## Part 2: Cure Amount

**Total cure disbursements made by the trustee**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: **Per Plan, Paragraph 3.B. this 4-1 Claim was to be paid in full through Plan, pro rata** | a) $ 32,229.98 + 8.875% |
| b. | Prepetition arrearage paid by the trustee: **(Principal and Interest )** | b) $32,229.98- Principal 8,561.74 - Interest |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | c) $ 45.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | d) $ 45.00 |
| e. | Allowed postpetition arrearage: | e) $ .00 |
| f. | Postpetition arrearage paid by the trustee: | f) $ .00 |
| g. | **Total**. Add lines b, d, and f. | g) $ 40,836.72 |

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ **Mortgage was paid in full through the trustee. Trustee paid a total of $40,836.72 in mortgage payments plus interest, as of the date of this Notice.**

Current monthly mortgage payment: **$ N/A**

The next postpetition payment is due on: __ / __ / 20 **(N/A)**
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

**Part 4:** **A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Elizabeth A. Vaughan
Signature, Standing Chapter 13 Trustee

Trustee    Elizabeth A. Vaughan

Address    316 N. Michigan St., Suite 501
           Toledo OH 43604

Contact phone    (419) 255-0675

**CERTIFICATE OF SERVICE**

I certify that on October 18, 2018, a true and correct copy of the TRUSTEE'S NOTICE OF FINAL CURE MORTGAGE PAYMENT was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Patricia A. Kovacs, on behalf of Debtor(s), at patricia.a.kovacs@gmail.com

United States Trustee, at ustp.region09@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Barbara A. Caveslio
208 Pemberville Rd.
Woodville, OH 43469
Debtor

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Claimant

AIS Portfolio Services, LP
P O Box 201347
Arlington TX 76006
On behalf of Claimant

/s/ Elizabeth A. Vaughan
Elizabeth A. Vaughan,
Standing Chapter 13 Trustee

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 004 | 1 | 09.25.2018 | 18_09 | SHELLPOINT MORTGAGE SERV | Prewritten Check/Computer | 1149098 | 1,406.32 | 1,396.00 | 10.32 |
| | | | Cleared: 10.03.2018 | Posted: 09.25.2018 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 08.31.2018 | 18_08 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1148631 | 1,345.81 | 1,305.85 | 39.96 |
| | | | Cleared: 09.25.2018 | Posted: 08.31.2018 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 06.29.2018 | 18_06 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1142189 | 742.84 | 717.55 | 25.29 |
| | | | Cleared: 08.01.2018 | Posted: 06.29.2018 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 05.31.2018 | 18_05 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1139044 | 881.60 | 850.02 | 31.58 |
| | | | Cleared: 06.20.2018 | Posted: 05.31.2018 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 04.30.2018 | 18_04 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1135729 | 879.61 | 841.81 | 37.80 |
| | | | Cleared: 05.30.2018 | Posted: 04.30.2018 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 03.29.2018 | 18_03 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1132312 | 800.89 | 631.01 | 169.88 |
| | | | Cleared: 04.25.2018 | Posted: 03.29.2018 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 11.30.2017 | 17_11 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1119226 | 893.86 | 845.14 | 48.72 |
| | | | Cleared: 12.26.2017 | Posted: 11.30.2017 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 10.31.2017 | 17_10 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1115960 | 869.60 | 814.85 | 54.75 |
| | | | Cleared: 11.21.2017 | Posted: 10.31.2017 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 09.29.2017 | 17_09 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1112738 | 944.73 | 883.45 | 61.28 |
| | | | Cleared: 10.18.2017 | Posted: 09.29.2017 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 08.31.2017 | 17_08 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1109417 | 2,355.52 | 2,277.40 | 78.12 |
| | | | Cleared: 09.19.2017 | Posted: 08.31.2017 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 07.31.2017 | 17_07 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1105993 | 935.86 | 851.44 | 84.42 |
| | | | Cleared: 08.24.2017 | Posted: 07.31.2017 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 06.30.2017 | 17_06 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1102640 | 880.39 | 790.13 | 90.26 |
| | | | Cleared: 07.26.2017 | Posted: 06.30.2017 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 05.31.2017 | 17_05 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1099268 | 482.96 | 298.02 | 184.94 |
| | | | Cleared: 06.21.2017 | Posted: 05.31.2017 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 03.31.2017 | 17_03 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1092365 | 690.07 | 497.77 | 192.30 |
| | | | Cleared: 04.24.2017 | Posted: 03.31.2017 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 01.31.2017 | 17_01 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1084986 | 336.54 | 238.63 | 97.91 |
| | | | Cleared: 02.22.2017 | Posted: 01.31.2017 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |
| 3 | 004 | 1 | 12.29.2016 | 16_12 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1081206 | 347.98 | 248.23 | 99.75 |
| | | | Cleared: 01.27.2017 | Posted: 12.29.2016 | P.O. BOX 10826  GREENVILLE  SC  29603-0826 | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
**DISBURSEMENTS**
**through 10/18/2018**

**CASE NUMBER** 1332556
**DEBTOR** CAVESLIO, BARBARA A.

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 004 | 1 | 11.30.2016 | 16_11 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1077819 | 665.07 | 458.79 | 206.28 |
| Cleared: 12.21.2016 | | | Posted: 11.30.2016 | | P.O. BOX 10826 GREENVILLE SC 29603-0826 | | | | | |
| 3 | 004 | 1 | 09.30.2016 | 16_09 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1070269 | 365.66 | 260.59 | 105.07 |
| Cleared: 10.19.2016 | | | Posted: 09.30.2016 | | P.O. BOX 10826 GREENVILLE SC 29603-0826 | | | | | |
| 3 | 004 | 1 | 08.31.2016 | 16_08 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1066479 | 361.34 | 254.39 | 106.95 |
| Cleared: 09.21.2016 | | | Posted: 08.31.2016 | | P.O. BOX 10826 GREENVILLE SC 29603-0826 | | | | | |
| 3 | 004 | 1 | 07.29.2016 | 16_07 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1062290 | 354.86 | 246.09 | 108.77 |
| Cleared: 08.23.2016 | | | Posted: 07.29.2016 | | P.O. BOX 10826 GREENVILLE SC 29603-0826 | | | | | |
| 3 | 004 | 1 | 06.30.2016 | 16_06 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1058430 | 359.78 | 249.17 | 110.61 |
| Cleared: 07.20.2016 | | | Posted: 06.30.2016 | | P.O. BOX 10826 GREENVILLE SC 29603-0826 | | | | | |
| 3 | 004 | 1 | 05.31.2016 | 16_05 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1054223 | 672.48 | 557.74 | 114.74 |
| Cleared: 06.24.2016 | | | Posted: 05.31.2016 | | P.O. BOX 10826 GREENVILLE SC 29603-0826 | | | | | |
| 3 | 004 | 1 | 04.29.2016 | 16_04 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1050015 | 666.91 | 548.12 | 118.79 |
| Cleared: 05.24.2016 | | | Posted: 04.29.2016 | | P.O. BOX 10826 GREENVILLE SC 29603-0826 | | | | | |
| 3 | 004 | 1 | 03.31.2016 | 16_03 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1045967 | 1,389.52 | 1,135.14 | 254.38 |
| Cleared: 04.20.2016 | | | Posted: 03.31.2016 | | P.O. BOX 10826 GREENVILLE SC 29603-0826 | | | | | |
| 3 | 004 | 1 | 01.29.2016 | 16_01 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1036990 | 1,805.20 | 1,579.01 | 226.19 |
| Cleared: 02.23.2016 | | | Posted: 01.29.2016 | | P.O. BOX 10826 GREENVILLE SC 29603-0826 | | | | | |
| 3 | 004 | 1 | 12.30.2015 | 15_12 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1032821 | 190.42 | 0.00 | 190.42 |
| Cleared: 01.21.2016 | | | Posted: 12.30.2015 | | P.O. BOX 10826 GREENVILLE SC 29603-0826 | | | | | |
| 3 | 004 | 1 | 10.30.2015 | 15_10 | CITIMORTGAGE INC | System Disbursement | 1021056 | 1,338.69 | 1,045.49 | 293.20 |
| Cleared: 12.02.2015 | | | Posted: 10.30.2015 | | P O BOX 688971 DES MOINES IA 50368-8971 | | | | | |
| 3 | 004 | 1 | 08.31.2015 | 15_08 | CITIMORTGAGE INC | System Disbursement | 1011167 | 730.69 | 579.80 | 150.89 |
| Cleared: 09.18.2015 | | | Posted: 08.31.2015 | | P O BOX 688971 DES MOINES IA 50368-8971 | | | | | |
| 3 | 004 | 1 | 07.31.2015 | 15_07 | CITIMORTGAGE INC | System Disbursement | 1006275 | 1,930.01 | 1,766.06 | 163.95 |
| Cleared: 08.24.2015 | | | Posted: 07.31.2015 | | P O BOX 688971 DES MOINES IA 50368-8971 | | | | | |
| 3 | 004 | 1 | 06.30.2015 | 15_06 | CITIMORTGAGE INC | System Disbursement | 1001028 | 686.50 | 407.80 | 278.70 |
| Cleared: 07.24.2015 | | | Posted: 06.30.2015 | | P O BOX 688971 DES MOINES IA 50368-8971 | | | | | |
| 3 | 004 | 1 | 05.29.2015 | 15_05 | CITIMORTGAGE INC | System Disbursement | 402368 | 222.18 | 0.00 | 222.18 |
| Cleared: 06.25.2015 | | | Posted: 05.29.2015 | | P O BOX 688971 DES MOINES IA 50368-8971 | | | | | |
| 3 | 004 | 1 | 03.31.2015 | 15_03 | CITIMORTGAGE INC | System Disbursement | 391243 | 1,839.15 | 1,659.91 | 179.24 |
| Cleared: 04.24.2015 | | | Posted: 03.31.2015 | | P O BOX 688971 DES MOINES IA 50368-8971 | | | | | |

13-32556-maw    Doc 68    FILED 10/18/18    ENTERED 10/18/18 17:50:32    Page 5 of 7

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| **DISBURSEMENTS** through 10/18/2018 | | | | | | **CASE NUMBER** 1332556  **DEBTOR** CAVESLIO, BARBARA A. | | | | |
| 3 | 004 | 1 | 02.27.2015 | 15_02 | CITIMORTGAGE INC | System Disbursement | 385550 | 689.70 | 506.71 | 182.99 |
| Cleared: 03.30.2015 | | | | Posted: 02.27.2015 | P O BOX 688971   DES MOINES  IA  50368-8971 | | | | | |
| 3 | 004 | 1 | 01.30.2015 | 15_01 | CITIMORTGAGE INC | System Disbursement | 379998 | 679.73 | 330.95 | 348.78 |
| Cleared: 02.27.2015 | | | | Posted: 01.30.2015 | P O BOX 688971   DES MOINES  IA  50368-8971 | | | | | |
| 3 | 004 | 1 | 12.30.2014 | 14_12 | CITIMORTGAGE INC | System Disbursement | 373889 | 207.54 | 0.00 | 207.54 |
| Cleared: 01.23.2015 | | | | Posted: 12.30.2014 | P O BOX 688971   DES MOINES  IA  50368-8971 | | | | | |
| 3 | 004 | 1 | 10.31.2014 | 14_10 | CITIMORTGAGE INC | System Disbursement | 362098 | 1,374.67 | 989.17 | 385.50 |
| Cleared: 11.24.2014 | | | | Posted: 10.31.2014 | P O BOX 688971   DES MOINES  IA  50368-8971 | | | | | |
| 3 | 004 | 1 | 08.29.2014 | 14_08 | CITIMORTGAGE INC | System Disbursement | 349453 | 704.65 | 508.14 | 196.51 |
| Cleared: 09.26.2014 | | | | Posted: 08.29.2014 | P O BOX 688971   DES MOINES  IA  50368-8971 | | | | | |
| 3 | 004 | 1 | 07.31.2014 | 14_07 | CITIMORTGAGE INC | System Disbursement | 342713 | 677.74 | 477.70 | 200.04 |
| Cleared: 08.25.2014 | | | | Posted: 07.31.2014 | P O BOX 688971   DES MOINES  IA  50368-8971 | | | | | |
| 3 | 004 | 1 | 06.30.2014 | 14_06 | CITIMORTGAGE INC | System Disbursement | 335737 | 659.91 | 456.49 | 203.42 |
| Cleared: 07.25.2014 | | | | Posted: 06.30.2014 | P O BOX 688971   DES MOINES  IA  50368-8971 | | | | | |
| 3 | 004 | 1 | 05.30.2014 | 14_05 | CITIMORTGAGE INC | System Disbursement | 328581 | 710.15 | 503.01 | 207.14 |
| Cleared: 06.27.2014 | | | | Posted: 05.30.2014 | P O BOX 688971   DES MOINES  IA  50368-8971 | | | | | |
| 3 | 004 | 1 | 04.30.2014 | 14_04 | CITIMORTGAGE INC | System Disbursement | 320874 | 703.97 | 493.18 | 210.79 |
| Cleared: 05.22.2014 | | | | Posted: 04.30.2014 | P O BOX 688971   DES MOINES  IA  50368-8971 | | | | | |
| 3 | 004 | 1 | 03.31.2014 | 14_03 | CITIMORTGAGE INC | System Disbursement | 313025 | 6,010.62 | 3,729.23 | 2,281.39 |
| Cleared: 04.23.2014 | | | | Posted: 03.31.2014 | P O BOX 688971   DES MOINES  IA  50368-8971 | | | | | |

**Total Principal**  32,229.98  
**Total Interest**  8,561.74  
**Total**  40,791.72

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| **DISBURSEMENTS** through 10/18/2018 | | | | | **CASE NUMBER** 1332556 **DEBTOR** CAVESLIO, BARBARA A. | | | | | |
| 11 | 004F-1 | 1 | 09.25.2018 | 18_09 | SHELLPOINT MORTGAGE SERV | Prewritten Check/Computer | 1149099 | 15.37 | 15.37 | 0.00 |
| Cleared: 10.03.2018 | | | Posted: 09.25.2018 | | P.O. BOX 10826   GREENVILLE  SC  29603-0826 | | | | | |
| 11 | 004F-1 | 1 | 11.30.2016 | 16_11 | SHELLPOINT MORTGAGE SERV | System Disbursement | 1077815 | 29.63 | 29.63 | 0.00 |
| Cleared: 12.21.2016 | | | Posted: 11.30.2016 | | P.O. BOX 10826   GREENVILLE  SC  29603-0826 | | | | | |

**Total Principal**      45.00  
**Total Interest**      0.00  
**Total**      45.00

Date Printed  10/18/2018      Ref Number = 11      Page 1 of 1